# Exhibit B

1   BLOOD HURST & O'REARDON, LLP
    TIMOTHY G. BLOOD (149343)
2   THOMAS J. O'REARDON II (247952)
    CRAIG W. STRAUB (249032)
3   501 West Broadway, Suite 1490
    San Diego, CA  92101
4   Tel: 619/338-1100
    619/338-1101 (fax)
5   tblood@bholaw.com
    toreardon@bholaw.com
6   cstraub@bholaw.com

7   LAW OFFICES OF ANDREW J. BROWN
    ANDREW J. BROWN (160562)
8   501 W. Broadway, Suite 1490
    San Diego, CA  92101
9   Tel: 619/501-6550
    andrewb@thebrownlawfirm.com
10
    Attorneys for Plaintiffs
11

12              **UNITED STATES DISTRICT COURT**

13      **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

14  Kevin Ramirez, on his own behalf and on behalf   Case No.
    of all others similarly situated,
15                                                   **AFFIDAVIT OF TIMOTHY G. BLOOD**
                                                     **PURSUANT TO CALIFORNIA CIVIL**
16              Plaintiffs,                          **CODE § 1780(d)**

17          v.

18  ELECTRONIC ARTS, INC.,                           **CLASS ACTION**

                Defendant.
19
                                                     **JURY TRIAL DEMANDED**
20

21

22

23

24

25

26

27

28

Case No.

00167411    AFFIDAVIT OF TIMOTHY G. BLOOD PURSUANT TO CCP § 1780(d)

BLOOD HURST & O' REARDON, LLP

I, TIMOTHY G. BLOOD, declare as follows:

1.     I am an attorney duly licensed to practice before all of the courts of the State of California. I am the managing partner of the law firm of Blood Hurst & O'Reardon LLP, one of the counsel of record for plaintiff in the above-entitled action.

2.     Defendant Electronic Arts, Inc. has its principal place of business in, headquarters in, and has done and is doing business in San Mateo County, which is within the San Jose Division of this District. Such business includes the marketing, promotion, distribution, and sale of the video games containing the loot boxes at issue in this lawsuit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 13th day of August, 2020, at San Diego, California.

*s/  Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O' REARDON, LLP

00167411

1

Case No.

AFFIDAVIT OF TIMOTHY G. BLOOD PURSUANT TO CCP § 1780(d)