KEKER, VAN NEST & PETERS LLP
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
TAYLOR REEVES - # 319729
treeves@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN RAMIREZ, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC.,<br><br>Defendant. | Case No. 5:20- cv-05672<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT ELECTRONIC ARTS INC. TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Judge:    Hon. Beth Labson Freeman<br><br>Date Filed: August 13, 2020<br><br>Trial Date:  Not Yet Assigned |

STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT ELECTRONIC ARTS INC. TO RESPOND TO PLAINTIFFS' COMPLAINT
Case No. 5:20- cv-05672

1392700

# STIPULATION

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, this Stipulation is entered into between Plaintiff Kevin Ramirez, on behalf of himself and all others similarly situated ("Plaintiffs"), and Defendant Electronic Arts Inc. ("Defendant") (collectively the "Parties") to extend the time for Defendant to answer, move, or otherwise respond to Plaintiffs' complaint of August 13, 2020 ("Complaint"). The Parties, through their respective counsel of record, stipulate as follows:

**WHEREAS**, Plaintiffs filed their Complaint on August 13, 2020;

**WHEREAS**, Plaintiffs served the Complaint on Defendant on August 20, 2020, setting Defendant's deadline to respond to the Complaint as September 10, 2020;

**WHEREAS**, the Parties previously stipulated that the deadline for Defendant to respond to the Complaint would be extended to October 16, 2020, and the Court entered an order approving the Parties' joint stipulation on September 1, 2020;

**WHEREAS**, on October 5, 2020, the parties met and conferred regarding scheduling in this matter and now jointly stipulate, subject to the Court's approval, to extend the deadline for Defendant to respond to the Complaint to and including October 30, 2020;

**WHEREAS**, no other events or deadlines have yet been set, so the requested extension will not alter any other deadlines in this case;

**WHEREAS**, good cause exists for this extension to accommodate the schedules of counsel;

**WHEREAS**, nothing herein shall be deemed a waiver of any rights or defenses by the parties.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties, through their respective counsel, that Defendant's deadline to answer or otherwise respond to Plaintiffs' Complaint shall be extended to and including October 30, 2020.

1

STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT ELECTRONIC ARTS INC. TO RESPOND TO PLAINTIFFS' COMPLAINT

Case No. 5:20- cv-05672

1392700

Dated: October 6, 2020                                  KEKER, VAN NEST & PETERS LLP

                                                  By:   /s/ R. James Slaughter
                                                        R. JAMES SLAUGHTER
                                                        R. ADAM LAURIDSEN
                                                        TAYLOR REEVES

                                                        Attorneys for Defendant
                                                        ELECTRONIC ARTS INC.

Dated: October 6, 2020                                  BLOOD HURST & O'REARDON, LLP

                                                  By:   /s/ Timothy G. Blood
                                                        TIMOTHY G. BLOOD
                                                        THOMAS J. O'REARDON II
                                                        CRAIG W. STRAUB

                                                        Attorneys for Plaintiffs

---

2
STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT
ELECTRONIC ARTS INC. TO RESPOND TO PLAINTIFFS' COMPLAINT

Case No. 5:20- cv-05672

1392700

# [PROPOSED] ORDER

Pursuant to this Stipulated Request to Extend Time for Defendant Electronic Arts Inc. to Respond to Plaintiff's Complaint, IT IS ORDERED that Defendant's deadline to answer or otherwise respond to Plaintiffs' Complaint shall be extended to and including October 30, 2020.

IT IS SO ORDERED.

DATED: October 6, 2020

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

3
STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT
ELECTRONIC ARTS INC. TO RESPOND TO PLAINTIFFS' COMPLAINT

Case No. 5:20- cv-05672

1392700

**FILER'S ATTESTATION OF CONCURRENCE**

I, R. James Slaughter, attest that I am counsel for Defendant Electronic Arts Inc.  Pursuant to Local Rule 5-1(i)(3), as the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: October 6, 2020                             /s/ R. James Slaughter
                                                                    R. James Slaughter

4
STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT
ELECTRONIC ARTS INC. TO RESPOND TO PLAINTIFFS' COMPLAINT

Case No. 5:20- cv-05672

1392700