1    KEKER, VAN NEST & PETERS LLP
     R. JAMES SLAUGHTER - # 192813
2    rslaughter@keker.com
     R. ADAM LAURIDSEN - # 243780
3    alauridsen@keker.com
     DAVID J. ROSEN - # 296139
4    drosen@keker.com
     633 Battery Street
5    San Francisco, CA 94111-1809
     Telephone:     415 391 5400
6    Facsimile:     415 397 7188

7    Attorneys for Defendant
     ELECTRONIC ARTS INC.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12   KEVIN RAMIREZ, on his own behalf and on      Case No. 5:20- cv-05672
     behalf of all others similarly situated,
                                                   **DECLARATION OF DAVID J. ROSEN IN
13              Plaintiffs,                         SUPPORT OF DEFENDANT
                                                   ELECTRONIC ARTS INC.'S REQUEST
14        v.                                       FOR JUDICIAL NOTICE REGARDING
                                                   MOTION TO DISMISS**
15   ELECTRONIC ARTS INC.,
                                                   Date:      February 25, 2021
16              Defendant.                         Time:      9:00 a.m.
                                                   Dept.:     Courtroom 3 – 5th Floor
17                                                 Judge:     Hon. Beth Labson Freeman

18                                                 Date Filed: August 13, 2020

19                                                 Trial Date:  Not Yet Assigned

20

21

22

23

24

25

26

27

28

DECLARATION OF DAVID J. ROSEN IN SUPPORT OF DEFENDANT ELECTRONIC ARTS INC.'S REQUEST
FOR JUDICIAL NOTICE REGARDING MOTION TO DISMISS
Case No. 5:20- cv-05672

1392372

1      I, David J. Rosen, declare as follows:

2      1.    I am an attorney licensed to practice in the State of California, and an associate at

3 the law firm of Keker, Van Nest & Peters, LLP, counsel for Defendant Electronic Arts Inc.

4 ("EA") in this action.  I know the facts stated herein of my own personal knowledge, and if called

5 to do so, I would testify to those facts under oath.

6      2.    Attached as **Exhibit A** is a true and correct copy of EA's *FIFA 21*, a commercially

7 available video game.

8      3.    Attached as **Exhibit B** is a true and correct copy of EA's *Madden NFL 21*, a

9 commercially available video game.

10      4.    Attached as **Exhibit C** is a true and correct copy of a Microsoft Xbox, a

11 commercially available console for playing video games.

12      5.    Attached as **Exhibit D** is a true and correct copy of the Electronic Arts User

13 Agreement dated July 18, 2019, which is publicly available at the following URL:

14 https://tos.ea.com/legalapp/WEBTERMS/US/en/PC/07182019

15      I declare under penalty of perjury that the foregoing is true and correct and that this

16 declaration was executed on October 30, 2020 in San Francisco, California

17

18                          */s/ David J. Rosen*
                                      DAVID J. ROSEN

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DAVID J. ROSEN IN SUPPORT OF DEFENDANT ELECTRONIC ARTS INC.'S REQUEST
FOR JUDICIAL NOTICE REGARDING MOTION TO DISMISS
Case No. 5:20- cv-05672

1392372