KEKER, VAN NEST & PETERS LLP
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
DAVID J. ROSEN - # 296139
drosen@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN RAMIREZ, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC.,<br><br>Defendant. | Case No. 5:20- cv-05672<br><br>**MANUAL FILING NOTIFICATION RE EXHIBITS A AND B TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS**<br><br>Date:      February 25, 2021<br>Time:      9:00 a.m.<br>Dept.:     Courtroom 3 – 5th Floor<br>Judge:     Hon. Beth Labson Freeman<br><br>Date Filed: August 13, 2020<br><br>Trial Date: Not Yet Assigned |

1
MANUAL FILING NOTIFICATION RE EXHIBITS A AND B TO DEFENDANT'S REQUEST FOR JUDICIAL
NOTICE ISO MOTION TO DISMISS
Case No. 5:20- cv-05672

1529454

## MANUAL FILING NOTIFICATION

Re: **EXHIBITS A & B TO DECLARATION OF DAVID J. ROSEN ISO ELECTRONIC ARTS, INC.'S REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS**

This filing is in physical form only and is being maintained in the case file in the Clerk's office.

For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

__X__ Physical Object (description): A copy of the video game *FIFA 21*, and a copy of the video game *Madden NFL 21*.

__X__ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
Copies of the video games have been served on Plaintiff's counsel.

Dated: October 30, 2020                     KEKER, VAN NEST & PETERS LLP

                                            By:   */s/ David J. Rosen*
                                                  DAVID J. ROSEN

                                                  Attorneys for Defendant
                                                  ELECTRONIC ARTS INC.

2
MANUAL FILING NOTIFICATION RE EXHIBITS A AND B TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS
Case No. 5:20- cv-05672

1529454