| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | R. JAMES SLAUGHTER - # 192813 |
| 2 | rslaughter@keker.com |
| | R. ADAM LAURIDSEN - # 243780 |
| 3 | alauridsen@keker.com |
| | DAVID J. ROSEN - # 296139 |
| 4 | drosen@keker.com |
| | 633 Battery Street |
| 5 | San Francisco, CA 94111-1809 |
| | Telephone:    415 391 5400 |
| 6 | Facsimile:    415 397 7188 |
| 7 | Attorneys for Defendant |
| | ELECTRONIC ARTS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN RAMIREZ, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC.,<br><br>Defendant. | Case No. 5:20- cv-05672<br><br>**MANUAL FILING NOTIFICATION RE EXHIBIT C TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS**<br><br>Date:        February 25, 2021<br>Time:       9:00 a.m.<br>Dept.:       Courtroom 3 – 5th Floor<br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed: August 13, 2020<br><br>Trial Date:  Not Yet Assigned |

1

MANUAL FILING NOTIFICATION RE EXHIBIT C TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE
ISO MOTION TO DISMISS
Case No. 5:20- cv-05672

1529602

## MANUAL FILING NOTIFICATION

Re: **EXHIBIT C TO DECLARATION OF DAVID J. ROSEN ISO ELECTRONIC ARTS, INC.'S REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS**

This filing is in physical form only and is being maintained in the case file in the Clerk's office.

For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

  X    Physical Object (description): A Microsoft Xbox console.

Defendant will make a Microsoft Xbox console available to Plaintiff at Plaintiff's request.

Dated: October 30, 2020                              KEKER, VAN NEST & PETERS LLP

                                        By:   /s/ David J. Rosen
                                              DAVID J. ROSEN

                                              Attorneys for Defendant
                                              ELECTRONIC ARTS INC.

2
MANUAL FILING NOTIFICATION RE EXHIBIT C TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE
ISO MOTION TO DISMISS
Case No. 5:20- cv-05672

1529602