KEKER, VAN NEST & PETERS LLP
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
DAVID J. ROSEN - # 296139
drosen@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN RAMIREZ, on his own behalf and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELECTRONIC ARTS INC.,<br><br>    Defendant. | Case No. 5:20- cv-05672<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ELECTRONIC ARTS INC.'S MOTION TO DISMISS, AND REQUEST FOR JUDICIAL NOTICE**<br><br>Date:        February 25, 2020<br>Time:        9:00 a.m.<br>Dept.:        Courtroom 3 – 5th Floor<br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed: August 13, 2020<br><br>Trial Date:  Not Yet Assigned |

This matter having come before this Court and the Court having carefully considered the briefs, arguments of counsel and all matters presented to the Court, and good cause appearing therefor, it is hereby ordered that:

1. Defendant Electronic Arts Inc.'s Request for Judicial Notice is GRANTED.
2. Defendant Electronic Arts Inc.'s Motion to Dismiss is GRANTED, and all claims are DISMISSED WITH PREJUDICE and WITHOUT LEAVE TO AMEND.

**IT IS SO ORDERED.**

_____
Hon. Beth Labson Freeman
Judge, United States District Court