|   |   |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
|   | R. JAMES SLAUGHTER - # 192813 |
| 2 | rslaughter@keker.com |
|   | R. ADAM LAURIDSEN - # 243780 |
| 3 | alauridsen@keker.com |
|   | DAVID J. ROSEN - # 296139 |
| 4 | drosen@keker.com |
|   | 633 Battery Street |
| 5 | San Francisco, CA 94111-1809 |
|   | Telephone:     415 391 5400 |
| 6 | Facsimile:     415 397 7188 |
| 7 | Attorneys for Defendant |
|   | ELECTRONIC ARTS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KEVIN RAMIREZ, on his own behalf and on behalf of all others similarly situated, | Case No. 5:20- cv-05672 |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | Date:     February 25, 2021<br>Time:     9:00 a.m.<br>Dept.:    Courtroom 3 – 5th Floor<br>Judge:    Hon. Beth Labson Freeman |
| ELECTRONIC ARTS INC., | |
| Defendant. | Date Filed: August 13, 2020 |
|  | Trial Date: Not Yet Assigned |

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On **October 30, 2020**, I served the following items:

1. **Video Game *FIFA 21* (Exhibit A to Declaration of David J. Rosen in Support of Electronic Arts, Inc.'s Request for Judicial Notice in Support of Motion to Dismiss)**

2. **Video Game *Madden NFL 2021* (Exhibit B to Declaration of David J. Rosen in Support of Electronic Arts, Inc.'s Request for Judicial Notice in Support of Motion to Dismiss)**

☑ by **FEDEX**, by placing the items in a sealed box addressed as shown below. I am readily familiar with the practice of Keker, Van Nest & Peters LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

| | |
|---|---|
| Timothy G. Blood<br>BLOOD HURST & O'REARDON, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101 | Attorneys for Plaintiffs |

Executed on **October 30, 2020**, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Robert W. Thomas*
_____
Robert W. Thomas