1   KEKER, VAN NEST & PETERS LLP
    R. JAMES SLAUGHTER - # 192813
2   rslaughter@keker.com
    R. ADAM LAURIDSEN - # 243780
3   alauridsen@keker.com
    DAVID J. ROSEN - # 296139
4   drosen@keker.com
    TAYLOR REEVES - # 319729
5   treeves@keker.com
    633 Battery Street
6   San Francisco, CA 94111-1809
    Telephone:    415 391 5400
7   Facsimile:    415 397 7188

8   Attorneys for Defendant

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

| | |
|---|---|
| KEVIN RAMIREZ, on his own behalf and on behalf of all others similarly situated, | Case No. 5:20-cv-05672-BLF |
| Plaintiffs, | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | Dept.:     Courtroom 3 – 5th Floor<br>Judge:    Hon. Beth Labson Freeman |
| ELECTRONIC ARTS INC., | Date Filed: August 13, 2020 |
| Defendant. | Trial Date:  Not Yet Assigned |

2090395

1    Pursuant to the Court's March 5, 2021 Order (Dkt. 49) and February 22, 2023 Order (Dkt.

2  51), the Parties hereby notify the Court of the status of the arbitration ordered by the Court and,

3  pursuant to the stipulation below, agree that this matter may be dismissed without prejudice.

4    WHEREAS, Plaintiffs filed their Complaint on August 13, 2020;

5    WHEREAS, Defendant filed its Motion to Compel Arbitration on October 30, 2020;

6    WHEREAS, this Court granted Defendant's Motion to Compel Arbitration and stayed this

7  case pending arbitration on March 5, 2021;

8    WHEREAS, on February 6, 2023, the parties advised the American Arbitration

9  Association ("AAA") that Plaintiffs no longer intend to pursue this case and that the AAA may

10  close its case file for this matter; and

11    WHEREAS, pursuant to this Court's Order of March 5, 2021, the parties now provide the

12  Court with a status update as to the conclusion of arbitration and the dismissal of Plaintiffs'

13  claims;

14    NOW, THEREFORE, it is hereby stipulated by and between the parties:

15    1.    The complaint is dismissed without prejudice pursuant to Federal Rule of Civil

16  Procedure 41(a)(1)(A)(ii);

17    2.    Each of the Parties shall bear their own attorneys' fees and costs incurred in

18  connection with this action;

19    3.    Plaintiffs hereby waive all rights to appeal in the action, including, but not limited

20  to, all rights to appeal from the Dismissal Order; and

21    4.    Pursuant to Federal Rule of Civil Procedure 41, this Joint Stipulation of Voluntary

22  Dismissal Without Prejudice is effective without a court order.

23

24    **IT IS SO STIPULATED.**

25

26

27

28

JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 5:20-cv-05672-BLF

2090395

1    Dated:  February 23, 2023                KEKER, VAN NEST & PETERS LLP

2

3                                      By:    /s/ *R. James Slaughter*
                                              R. JAMES SLAUGHTER
4                                             R. ADAM LAURIDSEN
                                              DAVID J. ROSEN
5                                             TAYLOR REEVES

6                                             *Attorneys for Defendant*

7

8    Dated:  February 23, 2023                BLOOD HURST & O'REARDON, LLP

9

10                                     By:    /s/ *Timothy G. Blood*
                                              TIMOTHY G. BLOOD
                                              THOMAS J. O'REARDON II
11                                            CRAIG W. STRAUB

12                                            Attorneys for Plaintiffs
                                              KEVIN RAMIREZ
13

14                                            LAW OFFICES OF ANDREW BROWN
                                              ANDREW J. BROWN
15                                            501 W. Broadway, Suite 1490
                                              San Diego, CA 92101
16                                            Tel: 619/501-6550
                                              andrewb@thebrownlawfirm.com
17

18                                            *Attorneys for Plaintiff*

19

20

21

22

23

24

25

26

27

28

                                      2

2090395

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION OF CONCURRENCE**

I, R. James Slaughter, attest that I am counsel for Defendant Electronic Arts Inc. Pursuant to Local Rule 5-1(i)(3), as the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: February 23, 2023                    /s/ R. James Slaughter
                                             R. James Slaughter

1

FILER'S ATTESTATION OF CONCURRANCE RE JOINT STIPULATION OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE

Case No. 5:20-cv-05672-BLF

2090395