1  KEKER, VAN NEST & PETERS LLP
   R. JAMES SLAUGHTER - # 192813
2  rslaughter@keker.com
   R. ADAM LAURIDSEN - # 243780
3  alauridsen@keker.com
   DAVID J. ROSEN - # 296139
4  drosen@keker.com
   TAYLOR REEVES - # 319729
5  treeves@keker.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
7  Facsimile:    415 397 7188

8  Attorneys for Defendant

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION
12

13  KEVIN RAMIREZ, on his own behalf and on        Case No. 5:20-cv-05672-BLF
    behalf of all others similarly situated,
                                                    **JOINT STIPULATION OF VOLUNTARY**
14              Plaintiffs,                          **DISMISSAL WITHOUT PREJUDICE**

15       v.                                         Dept.:      Courtroom 3 – 5th Floor
                                                    Judge:      Hon. Beth Labson Freeman
16  ELECTRONIC ARTS INC.,
                                                    Date Filed: August 13, 2020
17              Defendant.
                                                    Trial Date:  Not Yet Assigned
18

19

20

21

22

23

24

25

26

27

28

2090395

APPROVED
Judge Beth Labson Freeman

Pursuant to the Court's March 5, 2021 Order (Dkt. 49) and February 22, 2023 Order (Dkt. 51), the Parties hereby notify the Court of the status of the arbitration ordered by the Court and, pursuant to the stipulation below, agree that this matter may be dismissed without prejudice.

WHEREAS, Plaintiffs filed their Complaint on August 13, 2020;

WHEREAS, Defendant filed its Motion to Compel Arbitration on October 30, 2020;

WHEREAS, this Court granted Defendant's Motion to Compel Arbitration and stayed this case pending arbitration on March 5, 2021;

WHEREAS, on February 6, 2023, the parties advised the American Arbitration Association ("AAA") that Plaintiffs no longer intend to pursue this case and that the AAA may close its case file for this matter; and

WHEREAS, pursuant to this Court's Order of March 5, 2021, the parties now provide the Court with a status update as to the conclusion of arbitration and the dismissal of Plaintiffs' claims;

NOW, THEREFORE, it is hereby stipulated by and between the parties:

1.      The complaint is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2.      Each of the Parties shall bear their own attorneys' fees and costs incurred in connection with this action;

3.      Plaintiffs hereby waive all rights to appeal in the action, including, but not limited to, all rights to appeal from the Dismissal Order; and

4.      Pursuant to Federal Rule of Civil Procedure 41, this Joint Stipulation of Voluntary Dismissal Without Prejudice is effective without a court order.

**IT IS SO STIPULATED.**

1

JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 5:20-cv-05672-BLF

2090395

1  Dated:  February 23, 2023                       KEKER, VAN NEST & PETERS LLP

2

3                                          By:    /s/ R. James Slaughter
                                                  R. JAMES SLAUGHTER
4                                                 R. ADAM LAURIDSEN
                                                  DAVID J. ROSEN
5                                                 TAYLOR REEVES

6                                                 Attorneys for Defendant

7

8  Dated:  February 23, 2023                       BLOOD HURST & O'REARDON, LLP

9

10                                          By:    /s/ Timothy G. Blood
                                                  TIMOTHY G. BLOOD
                                                  THOMAS J. O'REARDON II
11                                                CRAIG W. STRAUB

12                                                Attorneys for Plaintiffs
                                                  KEVIN RAMIREZ
13

14                                                LAW OFFICES OF ANDREW BROWN
                                                  ANDREW J. BROWN
15                                                501 W. Broadway, Suite 1490
                                                  San Diego, CA 92101
16                                                Tel: 619/501-6550
                                                  andrewb@thebrownlawfirm.com
17

18                                                Attorneys for Plaintiff

19

20

21

22

23

24

25

26

27

28

2

2090395

1

## **<u>FILER'S ATTESTATION OF CONCURRENCE</u>**

2

    I, R. James Slaughter, attest that I am counsel for Defendant Electronic Arts Inc.  Pursuant

3

to Local Rule 5-1(i)(3), as the ECF user and filer of this document, I attest that concurrence in the

4

filing of this document has been obtained from its signatories.

5

6

Dated: February 23, 2023                          */s/ R. James Slaughter*

7

                                                    R. James Slaughter

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILER'S ATTESTATION OF CONCURRANCE RE JOINT STIPULATION OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE

Case No. 5:20-cv-05672-BLF

2090395